**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and EARL K. HARTSELL, Revenue Officer,<br><br>  Petitioners,<br><br>  v.<br><br>RAYMOND C. ALARCON,<br><br>  Respondent. | No. C-09-5487 MMC<br><br>**ORDER DIRECTING PETITIONERS TO SERVE PETITION; SETTING BRIEFING SCHEDULE AND SCHEDULING MARCH 26, 2010 HEARING ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

      Before the Court is petitioners' Verified Petition to Enforce Internal Revenue Service Summons, filed November 19, 2009. Having read and considered the petition, the Court hereby sets a deadline to serve the petition, a briefing schedule on the petition, and a hearing date, as follows:

      1. No later than January 29, 2010, petitioners shall serve the petition, together with a copy of this order, on respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure, and, no later than February 5, 2010, shall file proof of said service.

      2. No later than February 26, 2010, respondent shall file any response to the petition, and shall serve a copy of any response on petitioners by sending a copy thereof to counsel for petitioners.

      3. No later than March 12, 2010, petitioners may file a reply to any response filed by respondent.

4. The Court will conduct a hearing on the petition on March 26, 2010, at 9:00 a.m., in Courtroom 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All parties are ORDERED to appear in person or through counsel at such hearing.

5. The Initial Case Management Conference previously scheduled for February 26, 2010 is hereby CONTINUED to May 14, 2010. A Joint Case Management Statement shall be filed no later than May 7, 2010.

**IT IS SO ORDERED.**

Dated: December 16, 2009

MAXINE M. CHESNEY
United States District Judge